# IN THE UNITED STATES DISTRICT COURT
## Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAY 2 0 2025

LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

District Judge: Jones
(Assigned by Clerk's Office)

Mag. Referral Judge: Sargent
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:25CV00340
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS**, 403 U.S. 388 (1971)

Plaintiff Name: Brian Gibson
Inmate No.: 1020364

v.

Defendant Name & Address: Waxford Health P.O. Box 535 Hays, VA 24256

Defendant Name & Address:

Defendant Name & Address:

Defendant Name & Address:

Defendant Name & Address:

Defendant Name & Address:

Defendant Name & Address:

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. **Where are you now?** Name *and* Address of Facility:

Southwest Regional jail Haysi VA 24256 P.O. Box 535 Haysi VA 24256

B. Where did this action take place?

Southwest Regional jail Haysi VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   _____ No

1. If your answer is Yes, indicate the result:

Grievance answered was Denied

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Was booked in April 17 2025 was immediately taken off suboxone without any withdrawl protocol

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

taken off Suboxone Medication without any withdrawl protocol

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Immediately placed back on Suboxone Medication and $500,000.00 for pain and suffering and cruel and unusual punishment

G. If this case goes to trial, do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 5-14-25   SIGNATURE: Brian Gibson

VERIFICATION:
I, Brian Gibson, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5-14-25   SIGNATURE: Brian Gibson

Brian Gibson #1020344
Southwest Regional jail Haysi
P.O Box 535
Haysi VA 24256



CHARLOTTE NC LPC 281
17 MAY 2025 PM 1 L

RECEIVED
MAY 20 2025
USDC Clerk's Office
Mail Room

Clerk, United States District
Court 210 Franklin Rd, SW, Suite 540
Roanoke VA 24011-2208