# Sick Call/Medical - #24,316,711

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 04/30/2025 3:02 PM |
| Housing Area: | 2-B | Date Received: | 04/30/2025 3:07 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

i need a copy of my medical request and grievences thanks

### Response by M. M902916 on 04/30/2025 at 3:53 PM

We will give this to the secretary she will print them out and fix a charge sheet for you, they do charge for the copies but it's a small fee.

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAY 22 2025

LAURA A. AUSTIN, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

# Sick Call/Medical - #24,344,984

| | |
|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) |
| Housing Area: | 2-B |
| Assigned To: | Sick Call/Medical |

| | |
|---|---|
| Date Submitted: | 05/02/2025 11:03 AM |
| Date Received: | 05/02/2025 11:15 AM |
| Status: | **CLOSED** |

### Request

you put me in the suboxone pod and then say i fail a drug screen for suboxone when i came in with a preception bottle the day i came in me taking 16mg a day and you give me a drug screen today and say im dirty for suboxone okay did you check the level or anything like that

### Response by M. M1325 on 05/02/2025 at 11:17 AM

You came here on 4/18/25. Security gave you a urine test and you was positive for suboxone. not medical

# Sick Call/Medical - #24,328,296

| | |
|---|---|
| From: BRIAN GIBSON (10203644; Race: W) | Date Submitted: 05/01/2025 11:02 AM |
| Housing Area: 2-B | Date Received: 05/01/2025 11:04 AM |
| Assigned To: Sick Call/Medical | Status: **CLOSED** |

### Request

whats up with my suboxone medication said i was on the list last night but i couldnt receive it

### Response by M. M1325 on 05/01/2025 at 11:15 AM

You seen the provider 4/29/25 and was denied suboxone.

# Sick Call/Medical - #24,331,497

From: BRIAN GIBSON (10203644; Race: W)  Date Submitted: 05/01/2025 1:32 PM
Housing Area: 2-B                                              Date Received: 05/01/2025 1:39 PM
Assigned To: Sick Call/Medical                                 Status: **CLOSED**

## Request

I'm just asking if you denied me Monday how did I get on the list last night nurse amber said I was on the list but the doctor said no I'm just trying to understand why one nurse says one thing and another says something completely just like the urine screen I'm not trying to make anyone upset but Im just standing up for myself when I know I've done nothing wrong to lose my medication BG

## Response by M. M902916 on 05/01/2025 at 1:40 PM

You were not approved for the medicine to begin with you had no order for it you were just on the list of people who had prescriptions for suboxone but you were never approved to receive it.

Brian Gibson #20203644
South west Regional Jail Haysi
Po Box 535
Haysi VA 24256



CHARLOTTE NC LPC 281
17 MAY 2025 PM 1 L

RECEIVED
MAY 22 2025
USDC Clerk's Office
Mail Room

Clerk, United States District Court 210 Franklin Rd, SW, Suite 540
Roanoke VA 24011-2208

240148258 R005