CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUN 02 2025

LAURA A. AUSTIN, CLERK
BY: A Beeson
DEPUTY CLERK

On april 17 I was booked in on a probation violation out of Dickenson county picked up in Grundy VA I was brought to Southwest regional jail Haysi Virginia where I was immediately taken off my suboxone medication without any withdrawl protocol which has been very hard physically and mentaly The first ten Days I puked alot and was Hallucincting seeing things that wasn't there for most part of two weeks I didn't know where I was or why I was even there it was very hard to get off the bed just to get something to eat I was constantly sweating and very very sick I finally talked to a nurse on the 21st and Learned why I was removed from my medication I'M claiming against Waxford Health Pain and Suffering and Cruel and unusual punishment

I'm asking for my medication back and for $500,000.00 in damages physicaly and mentaly to me I'm asking for all Wayford Health employees involved to be summoned as witness and I'm asking for all audio and video from Southwest Regional Jail to be entered as evidence from 4-17-25 to 5-12-25 and I'm asking for all Medical Request and Medical Grievenance from 4-17-25 to ongoing be entered as evidence thanks

yours truly,

Brian Gibson

PS: I Need copies of all Documents thanks

# Medical Grievance - #24,202,388

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 04/22/2025 9:51 PM |
| Housing Area: | 4-A | Date Received: | 04/25/2025 9:16 PM |
| Assigned To: | Medical Grievance | Status: | **CLOSED** |

### Request

I don't know how but the nurses are saying I failed my drug screen which I'm saying can't be possible I took a drug screen at savida health the same day which was the 17th the one in Buchanan county on highway 460 if you will get the records from there will show I only had my perception medication and nurse Roberts never said anything to me about failing a drug screen where I could have had a chance to refute the claim I talked to her on Saturday she said the doctor had to approve the medicine before I county be given suboxone and never said anything about a failed drug screen

### Response by M. M902916 on 04/25/2025 at 1:01 PM

The resutls from your drug screen upon intake show fentanyl, alcohol, and suboxone.We do not retest nor do they except samples or results from other facilities.

### Appeal by the Inmates on 04/25/2025 at 3:25 PM

Look all I'm saying right is right wrong is wrong and that nurse is in the wrong I never seen no results where I supposed of failed if I did fail why when I talked to the same nurse she told me I was waiting for the doctor to approval to get my suboxone and why was she so secretive with the drug screen results I mean I came in with my prescriptions why not tell me when I asked the next day that I failed all I'm saying is since I've been out at probation and all my doctor visits I never failed a drug screen but I come up here and I failed for fentanyl now you saying alcohol you need to go back and look at the medical request you sent me I would like to speak to the major once you all answer this request that's all I'm asking if you don't believe anything I'm saying I'm asking you to look at the cameras at how the nurse done that night or call my probation officer Kayla Wagner and ask if I've failed any drug screens since my release she works for the state

### Appeal response by M. M1159 on 04/29/2025 at 2:30 PM

Medications are ordered at the discretion of the provider. Please discuss with the provider at your scheduled appointment.

# Medical Grievance - #24,345,169

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 05/02/2025 11:11 AM |
| Housing Area: | 2-B | Date Received: | 05/02/2025 6:43 PM |
| Assigned To: | Medical Grievance | Status: | **OPEN** |

### Request

you move me to the suboxone pod 4/30/2025 and you wait til 5/2/2025 and you give me a drug screen and say im dirty for suboxone even though i came in with a valid percription taking 16mg a day and i supposed to be clean im asking did you check the level of how much was in my system and im asking a fair question because i feel like im getting singled out why was i the only person in the pod to get drug screened

### Response

This request has NOT been responded to as of this printing.

# Sick Call/Medical - #24,196,208

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 04/22/2025 3:44 PM |
| Housing Area: | 4-A | Date Received: | 04/22/2025 4:13 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

What nurse gave me my drug screen and when is the next time she is on duty and why didn't she say that I failed my drug screen I know I didn't fail no drug screen my probation violation is not for drug screens its for changing addresses without giving proper notice I just took a drug screen the same day on the 16th at savida health how did I pass that drug screen and fail yours what is this nurses name that gave me the drug screen that night

### Response by **M. M1325** on **04/22/2025** at **4:54 PM**

nurse Roberts

# Sick Call/Medical - #24,185,532

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 04/21/2025 9:54 PM |
| Housing Area: | 4-A | Date Received: | 04/21/2025 10:35 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

when am i going to be able to start receiving my suboxone medication

### Response by **nurse M. M904325** on **04/21/2025** at **10:37 PM**

You did not pass your drug screen so probably not at all unless provider says otherwise

# Sick Call/Medical - #24,195,064

| | | | |
|---|---|---|---|
| From: | BRIAN GIBSON (10203644; Race: W) | Date Submitted: | 04/22/2025 2:56 PM |
| Housing Area: | 4-A | Date Received: | 04/22/2025 3:05 PM |
| Assigned To: | Sick Call/Medical | Status: | **CLOSED** |

### Request

I talked to the nurse from that night she told me that a doctor had to approve for me to take my suboxone and I know better that I didn't pass my drug screen I just had taken another drug screen for savida health the nurse from that night never told me I didn't pass my drug screen so I know I've not taken anything not prescribed I should be receiving 16 mg suboxone a day and 300 mg welbutrin a day someone needs to explain why I'm not receiving my medication because I know I was clean and why didn't the nurse tell me anything like that that night she told me it had to be approved so someone needs to talk to me I know I didn't fail no drug screen or I'm going to write a grievance. because I just passed a drug screen at savida health hours before that

### Response by M. M1325 on 04/22/2025 at 3:09 PM

Your Wellbutrin has been written. This is what showed fentanyl suboxone, k2p

Brian O'Bosoin #1020 3644
Southwest Regional Jail Hays
P.O Box 535
Hays, VA 24256

Clerk, United States Dist
court 210 Franklin Rd, SW, Sui?
Roanoke VA 24011-2208

RECEIVED
JUN 02 2025
USDC Clerk's Office
Mail Room